FLORENCE CARTER, Appellant, v. ASTOR CLEANERS AND DYERS, INC., Respondent.— Judgment reversed on the law and a new trial granted, costs to abide

the event. On the facts shown upon the trial, plaintiff made out a cause of action. (*Green* v. *Clarke*, 12 N. Y. 343; *Kelly A. B. Co.* v. *Barber A. P. Co.*, 211 id. 68, 70; 6 C. J. 1147, 1166; Schouler Bailments & Carriers [3d ed.], § 115, at p. 123.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.